

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: | § | |
| | § | |
| MESILLA VALLEY | | No. 08-17-00212-CV |
| TRANSPORTATION SOLUTIONS, | § | |
| LLC, OEP HOLDINGS, LLC, MVT | | AN ORIGINAL PROCEEDING |
| TRANSPORTATION, LLC AND | § | |
| MVT HOLDINGS, LLC, | | IN MANDAMUS |
| | § | |
| RELATORS. | | |
| | § | |

## <u>MEMORANDUM OPINION</u>

Relators, Mesilla Valley Transportation Solutions, LLC, OEP Holdings, LLC, MVT Transportation, LLC, and MVT Holdings, LLC, filed a petition for writ of mandamus against the Honorable Gonzalo Garcia, Presiding Judge of the 210th District Court of El Paso County, Texas, challenging the trial court's failure to rule on a motion to compel arbitration. Relators subsequently filed an unopposed motion to dismiss this original proceeding because the parties have resolved the dispute. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss this original proceeding. All pending motions are denied as moot.

November 8, 2017

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.